UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIN BRITTANY RYAN,

    Defendant.
_____/

Cr. No. 7:12-MJ-1146-RJ-1

## **ORDER**

Upon unopposed motion of the Defendant and for good cause shown, IT IS ORDERED that the Defendant's probation is hereby terminated.

This the _8_ day of _May_, 2013.

_____
Robert B. Jones, Jr.
United States Magistrate Judge